# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1371

_____

Tony Anthony Griffin

*Plaintiff - Appellant*

v.

Kurtis Holcomb, Officer, Pine Bluff Unit (Originally named Curtis Holcumb)

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: October 16, 2024
Filed: October 21, 2024
[Unpublished]

_____

Before LOKEN, SMITH, and KOBES, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Tony Griffin appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review,

_____

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.

we agree with the district court that Griffin failed to exhaust his administrative remedies.  See King v. Iowa Dep't of Corr., 598 F.3d 1051, 1052 (8th Cir. 2010) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.  We also deny Griffin's motion for appointment of counsel.

_____